# Earnings Statement

**ADP**

Northeast Title & Tag Inc
215 S State St
Clarks Summit, PA 18411-1546

Period Starting: 09/11/2025
Period Ending: 09/17/2025
Pay Date: 09/19/2025

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
   Federal: 0    Federal:
   State: 0    State:
   Local: 0    Local:
Social Security Number: XXX-XX-XXXX

MICHAEL A Aten
134 Cherry St
Apt 2
Dunmore, PA 18512-3027

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 29.0000 | 38.52 | 1117.08 | 38400.45 |
| Overtime | | | 0.00 | 703.58 |
| Vacation | | | 0.00 | 1064.00 |
| Sick | | | 0.00 | 752.00 |
| Holiday | | | 0.00 | 904.00 |
| **Gross Pay** | | | **$1,117.08** | **$41,824.03** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -102.80 | 4375.14 |
| Social Security | -63.12 | 2537.80 |
| Medicare | -14.76 | 593.52 |
| Pennsylvania State Income | -31.25 | 1256.61 |
| Pennsylvania State UI | -0.78 | 29.28 |
| Clarks Summit B Local | -10.18 | 535.55 |
| Clarks Summit Boro Local | 0.00 | 54.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 3 | -72.87 | 655.83 |
| *Dental pre-tax | -25.16 | 226.44 |
| *Vision pre-tax | -1.06 | 9.54 |
| PXCMP-health insurance | 0.00 | 2421.50 |
| **Net Pay** | | **$795.10** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 24.00 |
| - Taken Hours | 0.00 | 8.00 |
| - Balance | | 16.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 2.31 | 72.43 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 72.43 |
| Total Hours Worked | 38.52 | 765.99 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3983 | XXXXXXXXX | 795.10 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,017.99
* Excluded from Federal taxable wages

---

Northeast Title & Tag Inc
215 S State St
Clarks Summit, PA 18411-1546

Pay Date: 09/19/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3983 | XXXXXXXXX | 795.10 |

THIS IS NOT A CHECK

MICHAEL A Aten
134 Cherry St
Apt 2
Dunmore, PA 18512-3027

**Earnings Statement**

ADP

Northeast Title & Tag Inc
215 S State St
Clarks Summit, PA 18411-1546

Period Starting: 09/04/2025
Period Ending: 09/10/2025
Pay Date: 09/12/2025

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 0    Federal:
  State: 0    State:
  Local: 0    Local:
Social Security Number: XXX-XX-XXXX

MICHAEL A Aten
134 Cherry St
Apt 2
Dunmore, PA 18512-3027

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 29.0000 | 40.00 | 1160.00 | 37283.37 |
| Overtime | 43.5000 | 2.42 | 105.27 | 703.58 |
| Vacation | | | 0.00 | 1064.00 |
| Sick | | | 0.00 | 752.00 |
| Holiday | | | 0.00 | 904.00 |
| **Gross Pay** | | | **$1,265.27** | **$40,706.95** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -131.68 | 4272.34 |
| Social Security | -72.30 | 2474.68 |
| Medicare | -16.91 | 578.76 |
| Pennsylvania State Income | -35.80 | 1225.36 |
| Pennsylvania State UI | -0.89 | 28.50 |
| Clarks Summit B Local | -11.66 | 525.37 |
| Clarks Summit Boro Local | 0.00 | 54.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 3 | -72.87 | 582.96 |
| *Dental pre-tax | -25.16 | 201.28 |
| *Vision pre-tax | -1.06 | 8.48 |
| PXCMP-health insurance | 0.00 | 2421.50 |
| **Net Pay** | **$896.94** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 24.00 |
| - Taken Hours | 0.00 | 8.00 |
| - Balance | | 16.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 2.31 | 70.12 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 70.12 |
| Total Hours Worked | 42.42 | 727.47 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX3983 | XXXXXXXXX | 896.94 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,166.18
* Excluded from Federal taxable wages

Northeast Title & Tag Inc
215 S State St
Clarks Summit, PA 18411-1546

Pay Date: 09/12/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3983 | XXXXXXXXX | 896.94 |

MICHAEL A Aten
134 Cherry St
Apt 2
Dunmore, PA 18512-3027

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LD / XNS 29654721 | 01/1 | 7511048 | 1 of 1 |

Northeast Title & Tag Inc  
215 S State St  
Clarks Summit, PA 18411-1546

# Earnings Statement

**ADP**

Period Starting: 08/28/2025  
Period Ending: 09/03/2025  
Pay Date: 09/05/2025

Taxable Marital Status: Single  
Exemptions/Allowances:  Tax Override:  
  Federal: 0    Federal:  
  State: 0    State:  
  Local: 0    Local:  
Social Security Number: XXX-XX-XXXX

MICHAEL A Aten  
134 Cherry St  
Apt 2  
Dunmore, PA 18512-3027

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 29.0000 | 28.50 | 826.50 | 36123.37 |
| Overtime | | | 0.00 | 598.31 |
| Vacation | | | 0.00 | 1064.00 |
| Sick | | | 0.00 | 752.00 |
| Holiday | 29.0000 | 8.00 | 232.00 | 904.00 |
| **Gross Pay** | | | **$1,058.50** | **$39,441.68** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -95.77 | 4140.66 |
| Social Security | -59.48 | 2402.38 |
| Medicare | -13.91 | 561.85 |
| Pennsylvania State Income | -29.45 | 1189.56 |
| Pennsylvania State UI | -0.74 | 27.61 |
| Clarks Summit B Local | -9.59 | 513.71 |
| Clarks Summit Boro Local | 0.00 | 54.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 3 | -72.87 | 510.09 |
| *Dental pre-tax | -25.16 | 176.12 |
| *Vision pre-tax | -1.06 | 7.42 |
| PXCMP-health insurance | 0.00 | 2421.50 |

**Net Pay**     **$750.47**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 24.00 |
| - Taken Hours | 0.00 | 8.00 |
| - Balance | | 16.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 2.31 | 67.81 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 67.81 |
| Total Hours Worked | 28.50 | 685.05 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3983 | XXXXXXXXX | 750.47 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $959.41  
* Excluded from Federal taxable wages

---

Northeast Title & Tag Inc  
215 S State St  
Clarks Summit, PA 18411-1546

Pay Date: 09/05/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3983 | XXXXXXXXX | 750.47 |

*THIS IS NOT A CHECK*

MICHAEL A Aten  
134 Cherry St  
Apt 2  
Dunmore, PA 18512-3027

Northeast Title & Tag Inc
215 S State St
Clarks Summit, PA 18411-1546

# Earnings Statement

**ADP**

Period Starting: 08/21/2025
Period Ending: 08/27/2025
Pay Date: 08/29/2025

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 0    Federal:
  State: 0    State:
  Local: 0    Local:
Social Security Number: XXX-XX-XXXX

MICHAEL A Aten
134 Cherry St
Apt 2
Dunmore, PA 18512-3027

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 29.0000 | 40.00 | 1160.00 | 35296.87 |
| Overtime | 43.5000 | 1.23 | 53.51 | 598.31 |
| Vacation | | | 0.00 | 1064.00 |
| Sick | | | 0.00 | 752.00 |
| Holiday | | | 0.00 | 672.00 |
| **Gross Pay** | | | **$1,213.51** | **$38,383.18** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -120.29 | 4044.89 |
| Social Security | -69.10 | 2342.90 |
| Medicare | -16.16 | 547.94 |
| Pennsylvania State Income | -34.21 | 1160.11 |
| Pennsylvania State UI | -0.85 | 26.87 |
| Clarks Summit B Local | -11.14 | 504.12 |
| Clarks Summit Boro Local | 0.00 | 54.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 3 | -72.87 | 437.22 |
| *Dental pre-tax | -25.16 | 150.96 |
| *Vision pre-tax | -1.06 | 6.36 |
| PXCMP-health insurance | 0.00 | 2421.50 |
| **Net Pay** | | **$862.67** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 24.00 |
|  - Taken Hours | 0.00 | 8.00 |
|  - Balance | | 16.00 |
| Vacation | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 2.31 | 65.50 |
|  - Taken Hours | 0.00 | 0.00 |
|  - Balance | | 65.50 |
| Total Hours Worked | 41.23 | 656.55 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3983 | XXXXXXXXX | 862.67 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,114.42
* Excluded from Federal taxable wages

Northeast Title & Tag Inc
215 S State St
Clarks Summit, PA 18411-1546

Pay Date: 08/29/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3983 | XXXXXXXXX | 862.67 |

THIS IS NOT A CHECK

MICHAEL A Aten
134 Cherry St
Apt 2
Dunmore, PA 18512-3027

# Earnings Statement

**ADP**

Northeast Title & Tag Inc
215 S State St
Clarks Summit, PA 18411-1546

Period Starting: 08/14/2025
Period Ending: 08/20/2025
Pay Date: 08/22/2025

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
   Federal:  0        Federal:
   State:    0        State:
   Local:    0        Local:
Social Security Number:  XXX-XX-XXXX

MICHAEL A Aten
134 Cherry St
Apt 2
Dunmore, PA 18512-3027

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 29.0000 | 32.02 | 928.58 | 34136.87 |
| Overtime | | | 0.00 | 544.80 |
| Vacation | | | 0.00 | 1064.00 |
| Sick | 29.0000 | 8.00 | 232.00 | 752.00 |
| Holiday | | | 0.00 | 672.00 |
| **Gross Pay** | | | **$1,160.58** | **$37,169.67** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -108.64 | 3924.60 |
| Social Security | -65.81 | 2273.80 |
| Medicare | -15.40 | 531.78 |
| Pennsylvania State Income | -32.59 | 1125.90 |
| Pennsylvania State UI | -0.81 | 26.02 |
| Clarks Summit B Local | -10.61 | 492.98 |
| Clarks Summit Boro Local | 0.00 | 54.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 3 | -72.87 | 364.35 |
| *Dental pre-tax | -25.16 | 125.80 |
| *Vision pre-tax | -1.06 | 5.30 |
| PXCMP-health insurance | 0.00 | 2421.50 |
| **Net Pay** | | **$827.63** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 24.00 |
| - Taken Hours | 8.00 | 8.00 |
| - Balance | | 16.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 2.31 | 63.19 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 63.19 |
| Total Hours Worked | 32.02 | 615.32 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3983 | XXXXXXXXX | 827.63 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $1,061.49
* Excluded from Federal taxable wages

---

Northeast Title & Tag Inc
215 S State St
Clarks Summit, PA 18411-1546

Pay Date:  08/22/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3983 | XXXXXXXXX | 827.63 |

MICHAEL A Aten
134 Cherry St
Apt 2
Dunmore, PA 18512-3027

**Earnings Statement**

ADP

Northeast Title & Tag Inc
215 S State St
Clarks Summit, PA 18411-1546

Period Starting: 08/07/2025
Period Ending: 08/13/2025
Pay Date: 08/15/2025

| | | |
|---|---|---|
| Taxable Marital Status: | Single | |
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 0 | Federal: |
| State: | 0 | State: |
| Local: | 0 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

MICHAEL A Aten
134 Cherry St
Apt 2
Dunmore, PA 18512-3027

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 29.0000 | 40.00 | 1160.00 | 33208.29 |
| Overtime | 43.5000 | 3.83 | 166.61 | 544.80 |
| Vacation | | | 0.00 | 1064.00 |
| Sick | | | 0.00 | 520.00 |
| Holiday | | | 0.00 | 672.00 |
| **Gross Pay** | | | **$1,326.61** | **$36,009.09** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -145.17 | 3815.96 |
| Social Security | -76.11 | 2207.99 |
| Medicare | -17.79 | 516.38 |
| Pennsylvania State Income | -37.68 | 1093.31 |
| Pennsylvania State UI | -0.93 | 25.21 |
| Clarks Summit B Local | -12.28 | 482.37 |
| Clarks Summit Boro Local | 0.00 | 54.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 3 | -72.87 | 291.48 |
| *Dental pre-tax | -25.16 | 100.64 |
| *Vision pre-tax | -1.06 | 4.24 |
| PXCMP-health insurance | 0.00 | 2421.50 |
| **Net Pay** | | **$937.56** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 24.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 24.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 2.31 | 60.88 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 60.88 |
| Total Hours Worked | 43.83 | 583.30 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX3983 | XXXXXXXXX | 937.56 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,227.52
* Excluded from Federal taxable wages

Northeast Title & Tag Inc
215 S State St
Clarks Summit, PA 18411-1546

Pay Date: 08/15/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3983 | XXXXXXXXX | 937.56 |

MICHAEL A Aten
134 Cherry St
Apt 2
Dunmore, PA 18512-3027

| Company Code | Loc/Dept | Number | Page | | Earnings Statement | |
|---|---|---|---|---|---|---|
| LD / XNS 29654721 | 01/1 | 7408650 | 1 of 1 | | | ADP |

Northeast Title & Tag Inc
215 S State St
Clarks Summit, PA 18411-1546

Period Starting: 07/31/2025
Period Ending: 08/06/2025
Pay Date: 08/08/2025

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
    Federal: 0    Federal:
    State: 0    State:
    Local: 0    Local:
Social Security Number: XXX-XX-XXXX

MICHAEL A Aten
134 Cherry St
Apt 2
Dunmore, PA 18512-3027

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 29.0000 | 40.00 | 1160.00 | 32048.29 |
| Overtime | 43.5000 | 5.70 | 247.95 | 378.19 |
| Vacation | | | 0.00 | 1064.00 |
| Sick | | | 0.00 | 520.00 |
| Holiday | | | 0.00 | 672.00 |
| **Gross Pay** | | | **$1,407.95** | **$34,682.48** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -163.06 | 3670.79 |
| Social Security | -81.15 | 2131.88 |
| Medicare | -18.98 | 498.59 |
| Pennsylvania State Income | -40.18 | 1055.63 |
| Pennsylvania State UI | -0.98 | 24.28 |
| Clarks Summit B Local | -13.09 | 470.09 |
| Clarks Summit Boro Local | 0.00 | 54.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 3 | -72.87 | 218.61 |
| *Dental pre-tax | -25.16 | 75.48 |
| *Vision pre-tax | -1.06 | 3.18 |
| PXCMP-health insurance | 0.00 | 2421.50 |

**Net Pay**  **$991.42**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 24.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 24.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 2.31 | 58.57 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 58.57 |
| Total Hours Worked | 45.70 | 539.47 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3983 | XXXXXXXXX | 991.42 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,308.86
* Excluded from Federal taxable wages

---

Northeast Title & Tag Inc
215 S State St
Clarks Summit, PA 18411-1546

Pay Date: 08/08/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3983 | XXXXXXXXX | 991.42 |

MICHAEL A Aten
134 Cherry St
Apt 2
Dunmore, PA 18512-3027

| Company Code | Loc/Dept | Number | Page | | Earnings Statement | |
|---|---|---|---|---|---|---|
| LD / XNS 29654721 | 01/1 | 7383072 | 1 of 1 | | | ADP |

Northeast Title & Tag Inc
215 S State St
Clarks Summit, PA 18411-1546

Period Starting: 07/24/2025
Period Ending: 07/30/2025
Pay Date: 08/01/2025

Taxable Marital Status: Single
Exemptions/Allowances:           Tax Override:
 Federal:     0                  Federal:
 State:       0                  State:
 Local:       0                  Local:
Social Security Number:  XXX-XX-XXXX

MICHAEL A Aten
134 Cherry St
Apt 2
Dunmore, PA 18512-3027

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 29.0000 | 39.70 | 1151.30 | 30888.29 |
| Overtime | | | 0.00 | 130.24 |
| Vacation | | | 0.00 | 1064.00 |
| Sick | | | 0.00 | 520.00 |
| Holiday | | | 0.00 | 672.00 |
| **Gross Pay** | | | **$1,151.30** | **$33,274.53** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -106.91 | 3507.73 |
| Social Security | -65.23 | 2050.73 |
| Medicare | -15.26 | 479.61 |
| Pennsylvania State Income | -32.30 | 1015.45 |
| Pennsylvania State UI | -0.81 | 23.30 |
| Clarks Summit B Local | -10.52 | 457.00 |
| Clarks Summit Boro Local | 0.00 | 54.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 3 | -72.87 | 145.74 |
| *Dental pre-tax | -25.16 | 50.32 |
| *Vision pre-tax | -1.06 | 2.12 |
| PXCMP-health insurance | 0.00 | 2421.50 |
| **Net Pay** | **$821.18** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 24.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 24.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 2.31 | 56.26 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 56.26 |
| Total Hours Worked | 39.70 | 493.77 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX3983 | XXXXXXXXX | 821.18 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $1,052.21
* Excluded from Federal taxable wages

Northeast Title & Tag Inc
215 S State St
Clarks Summit, PA 18411-1546

Pay Date:   08/01/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3983 | XXXXXXXXX | 821.18 |

MICHAEL A Aten
134 Cherry St
Apt 2
Dunmore, PA 18512-3027