Certificate Number: 17082-PAM-DE-040132826

Bankruptcy Case Number: 25-02737


17082-PAM-DE-040132826

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 26, 2025, at 9:49 o'clock AM MST, MICHAEL A ATEN Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   September 26, 2025              By:     /s/Orsolya K Lazar

                                        Name:   Orsolya K Lazar

                                        Title:  Executive Director