In re:                                                                                                       Case No. 25-02737-MJC

Michael Allan Aten, Jr.                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                                       User: admin                                                        Page 1 of 2

Date Rcvd: Jan 07, 2026                                               Form ID: 318                                              Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Allan Aten, Jr., 134 Cherry St, Apt 2, Dunmore, PA 18512-3027 |
| 5745426 | + | Audi Safe GAP, Safe-Guard Products International LLC, Two Concourse Parkway, Suite 500, Atlanta, GA 30328-5584 |
| 5745428 | + | Bryan Jon Polas, Esq., Law Offices of Hayt, Hayt & Landau, LLC, 2 Industrial Way W, PO Box 500, Eatontown, NJ 07724-0500 |
| 5745429 | | Christopher Carfagno, Esq., Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 5745431 | | Citibank NA Sunoco Card, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5745439 | | PSECU, PO Box 1006, Harrisburg, PA 17108-1006 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5745422 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2026 18:47:06 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5745423 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2026 18:47:02 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5745424 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 07 2026 18:46:00 | Apple Card/GS Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5745425 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 07 2026 18:46:00 | Apple Card/GS Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 5745427 | + | EDI: TSYS2 | Jan 07 2026 23:40:00 | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 5745432 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 07 2026 18:46:00 | Citizens, PO Box 42033, Providence, RI 02940 |
| 5745430 | ^ | MEBN | Jan 07 2026 18:38:05 | Citibank N.A., Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5745434 | | EDI: JPMORGANCHASE | Jan 07 2026 23:40:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5745433 | | EDI: JPMORGANCHASE | Jan 07 2026 23:40:00 | JPMCB Card, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5745435 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 18:47:02 | LVNV Funding LLC, C/O Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 5745436 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2026 18:46:00 | Midland Credit Management, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5745437 | | EDI: PRA.COM | Jan 07 2026 23:40:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5745438 | | EDI: G2RSPSECU | Jan 07 2026 23:40:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5745440 | | EDI: SYNC | Jan 07 2026 23:40:00 | Synchrony Bank, PO Box 669802, Dallas, TX 75266-0955 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2026  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Michael Allan Aten Jr. usbkct@bankruptcypa.com, kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email;carlo@ecf.courtdrive.com |
| Lisa Ann Rynard | larynard@larynardlaw.com PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Michael Allan Aten Jr. | Social Security number or ITIN xxx–xx–3768 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 | | Social Security number or ITIN ____ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25–bk–02737–MJC | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Allan Aten Jr.
aka Michael Aten, aka Michael A Aten, aka Michael A Aten Jr.

1/7/26

**By the court:**

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**